UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, ) <br> KRYSTAL SPENCER ) <br> ) <br>     Plaintiff ) <br> vs. ) <br> ) <br> AMPHARM, INC., AMERICAN HEALTH ) <br> COMPANIES, INC. AND ) <br> TENNESSEE HEALTH ) <br> MANAGEMENT, INC. ) <br> ) <br>     Defendants. ) | No.: 3:13-cv-00233 <br><br><br> JURY DEMAND |

## JOINT MEDIATION REPORT

COMES NOW, the parties to this action, by and through counsel, and as evidenced by the signatures of their counsel below, pursuant to the Initial Case Management Order (D.E. 60), entered on July 25, 2016, hereby file this Joint Mediation Report. On October 18, 2016, counsel for the parties discussed alternative dispute resolution. The parties are filing this Joint Mediation Report to notify the Court that they have not been able to resolve this matter and are proceeding with the deadlines as previously set in the Initial Case Management Order. The parties will continue to explore possible options for alternative dispute resolution and will keep the Court informed in that regard.

                                                                                      Respectfully submitted,

                                                                                      /s/ Jennifer M. Lankford
                                                                                      James K. Simms, IV (#21688)
                                                                                       Jennifer M. Lankford (#29306)
                                                                                      Thompson Burton, PLLC
                                                                                       One Franklin Park
                                                                                       6100 Tower Circle, Suite 200
                                                                                       Franklin, Tennessee 37067
                                                                                       (615) 465-6000

jk@thompsonburton.com
jennifer@thompsonburton.com

*Attorneys for Defendants*

/s/ Teresa A. Luna
Teresa A. Luna
Spragins, Barnett & Cobb, PLC
P.O. Box 2004, 312 E. Lafayette Street
Jackson, Tennessee 38302
Telephone: (731) 424-0461
tluna@spraginslaw.com


/s/ Mark P. Chalos
Mark P. Chalos
Leiff Cabraser Heimann & Bernstein, LLP
150 Fourth Ave. North, Suite 1650
Nashville, Tennessee 37219-2423
mchalos@lchb.com


/s/ Lexi J. Hazam
Lexi J. Hazam
Lisa J. Cisneros
Robert J. Nelson
Leiff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
94111-3339
lhazam@lchb.com
lcisneros@lchb.com
rnelson@lchb.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on this 19th day of October, 2016. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing though the Court's electronic filing system.

| | |
|---|---|
| Teresa A. Luna<br>Spragins, Barnett & Cobb, PLC<br>P.O. Box 2004, 312 E. Lafayette Street<br>Jackson, Tennessee 38302<br>Telephone: (731) 424-0461<br>Facsimile: (731) 424-0562<br>tluna@spraginslaw.com | Mark P. Chalos<br>Leiff Cabraser Heimann & Bernstein, LLP<br>150 Fourth Ave., North, Suite 1650<br>Nashville, Tennessee 37219-2423<br>mchalos@lchb.com |
| Lexi J. Hazam<br>Lisa J. Cisneros<br>Robert J. Nelson<br>Leiff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Cloor<br>San Francisco, CA<br>94111-3339<br>lhazam@lchb.com<br>lcisneros@lchb.com<br>rnelson@lchb.com | Mark H. Wildasin<br>Sarah K. Bogni<br>Assistant United States Attorneys<br>United States Attorney's Office<br>110 Ninth Avenue, South, Suite A961<br>Nashville, Tennessee 37203<br>Telephone: (615) 736-5151<br>Facsimile: (615) 401-6626<br>sarah.bogni@usdoj.gov |

                                            /s Jennifer M. Lankford
                                            Jennifer M. Lankford