# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, KRYSTAL SPENCER | ) ) ) |
|     Plaintiff | )     No.: 3:13-cv-00233 |
| vs. | ) ) |
| AMPHARM, INC., AMERICAN HEALTH COMPANIES, INC. AND TENNESSEE HEALTH MANAGEMENT, INC. | ) ) )     JURY DEMAND ) ) |
|     Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the parties to this action, by and through counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and agree and stipulate that the remaining claims in the above-styled civil action shall be dismissed with prejudice. All undersigned parties agree that this dismissal with prejudice operates as a full adjudication on the merits for all purposes and with full preclusive effect. Each party shall bear its own costs, expenses, and attorneys' fees.

The United States Attorney's Office does not oppose this Joint Stipulation. Nothing within this Joint Stipulation of Dismissal with Prejudice is intended to apply to the claims of the United States of America under 31 U.S.C. § 3729(a)(1), which were previously dismissed without prejudice. (D.E. 47.) The United States Attorney's Office has reviewed the confidential settlement agreement between the undersigned parties and does not object to the resolution between the undersigned parties or dismissal of this action with prejudice as it pertains to any and all claims alleged by Plaintiff/Relator, including her claims under 31 U.S.C. § 3729(a)(1), 31 U.S.C. § 3730(h), Tennessee Code Annotated § 50-1-304, and Tennessee common law.

Respectfully submitted,

/s Jennifer M. Lankford
James K. Simms, IV (#21688)
Jennifer M. Lankford (#29306)
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
(615) 465-6000
jk@thompsonburton.com
jennifer@thompsonburton.com

*Attorneys for Defendants*

/s/ Teresa A. Luna
Teresa A. Luna
Spragins, Barnett & Cobb, PLC
P.O. Box 2004, 312 E. Lafayette Street
Jackson, Tennessee 38302
Telephone: (731) 424-0461
tluna@spraginslaw.com


/s/ Mark P. Chalos
Mark P. Chalos
Leiff Cabraser Heimann & Bernstein, LLP
150 Fourth Ave. North, Suite 1650
Nashville, Tennessee 37219-2423
mchalos@lchb.com


/s/ Lexi J. Hazam
Lexi J. Hazam
Lisa J. Cisneros
Robert J. Nelson
Leiff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
94111-3339
lhazam@lchb.com
lcisneros@lchb.com
rnelson@lchb.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was filed electronically on this 27th day of February, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing though the Court's electronic filing system.

| | |
|---|---|
| Teresa A. Luna<br>Spragins, Barnett & Cobb, PLC<br>P.O. Box 2004, 312 E. Lafayette Street<br>Jackson, Tennessee 38302<br>Telephone: (731) 424-0461<br>Facsimile: (731) 424-0562<br>tluna@spraginslaw.com | Mark P. Chalos<br>Leiff Cabraser Heimann & Bernstein, LLP<br>150 Fourth Ave., North, Suite 1650<br>Nashville, Tennessee 37219-2423<br>mchalos@lchb.com |
| Lexi J. Hazam<br>Lisa J. Cisneros<br>Robert J. Nelson<br>Leiff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Cloor<br>San Francisco, CA<br>94111-3339<br>lhazam@lchb.com<br>lcisneros@lchb.com<br>rnelson@lchb.com | Mark H. Wildasin<br>Sarah K. Bogni<br>Assistant United States Attorneys<br>United States Attorney's Office<br>110 Ninth Avenue, South, Suite A961<br>Nashville, Tennessee 37203<br>Telephone: (615) 736-5151<br>Facsimile: (615) 401-6626<br>sarah.bogni@usdoj.gov |

                                                /s Jennifer M. Lankford
                                                Jennifer M. Lankford

3

Case 3:13-cv-00233   Document 64   Filed 02/27/17   Page 3 of 3 PageID #: 254