IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, ) | |
| KRYSTAL SPENCE ) | Case No. 3:13-00233 |
| ) | JUDGE SHARP |
| vs. ) | |
| ) | |
| AMPHARM, INC., et al., ) | |

**O R D E R**

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Docket No. 64) filed by the parties, the remaining claims are hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE